No. 395. STIMSON MILL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. Certiorari denied. *Bert L. Klooster* for petitioner. *Solicitor General Perlman,*

*Assistant Attorney General Caudle, Helen R. Carloss, Lee A. Jackson* and *Carlton Fox* for respondent.

